JUSTIN BRYCE BARNES
1006 BROADMOOR AVE
COLUMBIA, MS 39429

CLICK LEASE
118 W W2400S
SALT LAKE CIT, UT 84119

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

AFFIRM
443 IRVING DR
BURBANK, CA 91504

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508'

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

AT&T UNIVERSAL CITI
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SERVICE FINANCE
ATTN: BANKRUPTCY
555 S FEDERAL HWY
BOCA RATON, FL 33432

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

TD AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS, MI 48333

CITI CARD
ATTN: CITICORP CR SRVS
PO BOX 790040
ST LOUIS, MO 36179

USAA FEDERAL SAVING
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288