**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:

    JUSTIN BRYCE BARNES               CASE NO.  26-50672-KMS
                                          CHAPTER 7

    Debtor.

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

Please take notice that the firm of Evans Petree PC will represent the interests of TD Bank, N.A. ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120

                              /s/ Jacob Zweig
                              Jacob Zweig, Esq. (MS Bar No. 104725)
                              Evans Petree PC
                              Attorneys for TD Bank
                              1715 Aaron Brenner Drive, Suite 800
                              Memphis, TN  38120
                              (901) 525-6781 telephone
                              (901) 374-7486 fax
                              jzweig@evanspetree.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2026, a copy of the foregoing electronically filed Notice was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS  39236

Justin Bryce Barnes
1006 Broadmoor Ave
Columbia, MS  39429

Derek A. Henderson T1
Chapter 7 Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS  39201

/s/ Jacob Zweig_____
Jacob Zweig
Evans Petree PC