Certificate Number: 17082-MSS-DE-041068455

Bankruptcy Case Number: 26-50672



17082-MSS-DE-041068455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2026, at 5:49 o'clock AM MST, JUSTIN BARNES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 8, 2026                    By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director