BL10026058

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, GULFPORT DIVISION

IN RE:  JUSTIN BRYCE BARNES  :  Chapter: 7

:

:

:

:  BANKRUPTCY NO: 26-50672

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**Clicklease LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:  08/07/2026

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, GULFPORT DIVISION**

IN RE:  JUSTIN BRYCE BARNES

Case No. 26-50672

Chapter 7

Debtor(s).

**CERTIFICATE OF SERVICE OF
CLICKLEASE LLC
REQUEST FOR NOTICE**

I certify under penalty of perjury that I caused the above captioned pleading to be served on the parties at the addresses specified below on 08/07/2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**

Attorney
THOMAS CARL ROLLINS, JR
PO BOX 13767
JACKSON, MS 39236-3767

Trustee
DEREK A HENDERSON
1765A LELIA DR STE 103
JACKSON, MS 39216

EXECUTED ON:     8/7/2026

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator

Becket & Lee LLP

PO Box 3002

Malvern, PA 19355-0702

610-228-2570

proofofclaim@becket-lee.com

Authorized Agent for Clicklease LLC