United States Bankruptcy Court
Southern District of Mississippi

In re: Justin Bryce Barnes, Debtor

Case No. 26-50672-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Sep 01, 2026 | Form ID: 318 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Bryce Barnes, 1119 Mayfield St, Columbia, MS 39429-3163 |
| 5662919 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5662926 | | Click Lease, 118 W W2400S, Salt Lake Cit, UT 84119 |
| 5662927 | | Forrest General, 6051 US 49, Hattiesburg, MS 39401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Sep 02 2026 00:16:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: LCITDAUTO | Sep 02 2026 00:16:00 | TD Bank, N.A., c/o Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5662921 | | EDI: ATTWIREBK.COM | Sep 02 2026 00:16:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5662922 | + | EDI: CITICORP | Sep 02 2026 00:16:00 | AT&T Universal Citi, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5662920 | ^ | MEBN | Sep 01 2026 20:20:47 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5662923 | + | EDI: CAPITALONE.COM | Sep 02 2026 00:16:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5662924 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 01 2026 20:24:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5662925 | + | EDI: CITICORP | Sep 02 2026 00:16:00 | Citi Card, Attn: Citicorp Cr Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 5706833 | | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 20:25:23 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5662928 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 01 2026 20:24:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5666410 | + | Email/Text: bncnoticing@evanspetree.com | Sep 01 2026 20:24:00 | Jacob Zweig, Esq., Evans Petree PC, For TD Bank N.A., 1715 Aaron Brenner Drive Suite 800, Memphis TN 38120-1445 |
| 5662929 | | Email/Text: customerservice.us@klarna.com | Sep 01 2026 20:24:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5662931 | + | EDI: NFCU.COM | Sep 02 2026 00:16:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5662930 | + | EDI: NFCU.COM | Sep 02 2026 00:16:00 | Navy FCU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |

| | | | | |
|---|---|---|---|---|
| 5662932 | + | Email/Text: servicing@svcfin.com | Sep 01 2026 20:24:00 | Service Finance, Attn: Bankruptcy, 555 S Federal HWY, Boca Raton, FL 33432-6033 |
| 5662933 | + | EDI: LCITDAUTO | Sep 02 2026 00:16:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5662934 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 01 2026 20:24:00 | USAA Federal Saving, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5707100 | * | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jacob C Zweig | on behalf of Creditor TD Bank N.A. jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Justin Bryce Barnes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin Bryce Barnes** | Social Security number or ITIN | **xxx–xx–2499** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50672–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Justin Bryce Barnes**

Dated: 9/1/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**